No. 94–1671. SCALES *v.* GEORGE WASHINGTON UNIVERSITY. C. A. D. C. Cir. Certiorari denied.

No. 94–1672. SHUMATE *v.* NCNB CORP. C. A. 4th Cir. Certiorari denied.

No. 94–1680. WILSON *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1698. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. *v.* HEATON ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1699. ALADDIN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF ALADDIN, DECEASED, ET AL. *v.* GRUMMAN AMERICAN AVIATION CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1708. NLFC, INC. *v.* DEVCOM MID-AMERICA, INC. C. A. 7th Cir. Certiorari denied.

No. 94–1710. ELLIS *v.* SENNHOLZ. Ct. App. Okla. Certiorari denied.

No. 94–1713. HARPER *v.* OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 94–1727. CALHOUN *v.* ST. PAUL FIRE & MARINE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1730. LOSSON ET VIR *v.* LOSSON. C. A. 9th Cir. Certiorari denied.

No. 94–1733. TURNER, AKA FOUTZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–1746. DEBLASE ET AL. *v.* CIGNA INDIVIDUAL FINANCIAL SERVICES CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1754. REEVES *v.* ACROMED CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1773. SHERMAN *v.* BERLIN ET AL. C. A. 9th Cir. Certiorari denied.